# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

August 15, 2025

Mr. Philip Devlin  
Western District of Texas, Austin  
United States District Court  
501 W. 5th Street  
Austin, TX 78701-0000

     No. 25-50572   In re: Webseed, Incorporated  
                        USDC No. 1:24-CV-576

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____  
                        Casey A. Sullivan, Deputy Clerk  
                        504-310-7642

cc w/encl:  
    Mr. Michael Abrams  
    Ms. Paige Arnette Amstutz  
    Mr. Zachary Charles Ewing  
    Mr. Jeffrey L. Greyber  
    Mr. Ari Holtzblatt  
    Mr. Joshua H. Lerner  
    Ms. Sonal Naresh Mehta  
    Mrs. Kasdin Miller Mitchell  
    Mr. Shane O'Connor  
    Ms. Laura Lee Prather  
    Mr. Kenneth Michael Trujillo-Jamison

**Certified as a true copy and issued as the mandate on Aug 15, 2025**

Attest: *Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 15, 2025

Lyle W. Cayce
Clerk

No. 25-50572

_____

IN RE WEBSEED, INCORPORATED; BRIGHTEON MEDIA, INCORPORATED,

*Petitioners.*

_____

Petition for a Writ of Mandamus
to the United States District Court
for the Western District of Texas
USDC No. 1:24-CV-576

_____

UNPUBLISHED ORDER

Before RICHMAN, HAYNES, and RAMIREZ, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that the petition for writ of mandamus is DENIED.